IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

******************************

**UNITED STATES OF AMERICA**

v.

**ORANGE RODGERS,**

Defendant.
******************************

Criminal Action No.

5: 12-CR- 65 (GTS)

INDICTMENT

VIO: 18 U.S.C. § 922(g)(1)

*U.S. DISTRICT COURT - N.D. OF N.Y.*
*FEB - 8 2012*

## THE GRAND JURY CHARGES:

### COUNT 1

On or about October 27, 2011, in Onondaga County, in the Northern District of New York, the defendant,

**ORANGE RODGERS,**

having been convicted of crimes punishable by a term of imprisonment exceeding one year, that being:

(1) a conviction in Onondaga County Court on August 24, 1990, under Superior Court Information Number I-90-0623-1 and index number 90-1358, for the New York State felony crime of Burglary in the Third Degree (NYS Penal Law Section 140.20);

(2) a conviction in Onondaga County Court on August 24, 1990, under Superior Court Information Number I-90-0624-1 and index number 90-282, for the New York State felony crime of Burglary in the Third Degree (NYS Penal Law Section 140.20); and

(3) a conviction in Onondaga County Court on August 24, 1990, under Superior Court

Information Number I-90-0625-1 and index number 90-1363, for the New York State felony crime of Attempted Robbery in the Second Degree (NYS Penal Law Section 160.10(1)); knowingly possessed in and affecting interstate and foreign commerce a firearm, specifically a Browning rifle, model BAR, caliber .308, bearing serial number 137NM43228, manufactured in Belgium, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### THE GRAND JURY FURTHER CHARGES:

### FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant, **ORANGE RODGERS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: a Browning rifle, model BAR, caliber .308, bearing serial number 137NM43228.

3. If any of the property described above, as a result of any act or omission of the defendant:
    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Date: February 8, 2012

_____
Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035