WEDNESDAY, FEBRUARY 8, 2012,  SYRACUSE, NY
HONORABLE ANDREW T. BAXTER, PRESIDING
Clerk: Kathy Gridley
Steno: Sue Byrne

The Grand Jury makes a partial report and presents:

 X   Sealed  Indictment  No. 5:12-CR-65 (GTS) authorized for filing by the Judge.

 X   Sealing order and arrest warrant signed.

 X   Tally sheet is ordered sealed.